IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIE MCMULLEN,** | : | **Civil No. 1:21-CV-1446** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE GARDENS AT WEST SHORE** | : | |
| **and MEADOWS AT WEST SHORE** | : | |
| **FOR NURSING AND** | : | |
| **REHABILITATION, LLC.,** | : | |
| | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# A M E N D E D   O R D E R[1]

    **AND NOW**, this 25th day of April 2023, upon consideration of the motion for summary judgment filed by Defendants The Gardens at West Shore and Meadows at West Shore for Nursing and Rehabilitation, LLC (Doc. 17), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** as to Plaintiff Willie McMullen's retaliation claims under the FMLA, ADA, and PHRA, which are dismissed. The motion is **DENIED** in all other respects.

    **IT IS SO ORDERED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

---

[1] This order vacates and replaces the previous order on Defendants' motion (Doc. 27), which was issued in error.